| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) KING, GARR M | 2. Court or Organization DISTRICT OF OREGON / ACTIVE | 3. Date of Report 4/26/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) UNITED STATES DISTRICT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ● Initial ● nnual ● Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 907 UNITED STATES COURTHOUSE 1000 S. W. THIRD AVENUE PORTLAND, OREGON 97204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-MANAGER | KING PARTNERS LLC |
| 2. | PRESIDENT /DIRECTOR | KING FAMILY FOUNDATION |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 4/30/98 | WITHDRAWAL AGREEMENT - WITH KENNEDY, WATTS, ARELLANO & RICKS LLP FORMERLY KENNEDY, KING & ZIMMER) - PROVIDES FOR PAYMENT OF CAPITAL ACCT. & ACCTS. RECEIVABLE. |

RECEIVED 2005 MAY 16 A 10: 53 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 4/26/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | KENNEDY, WATTS, ARELLANO & RICKS LLP | 651.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. KROEGER CO. COMMON STOCK | | None | L | T | Partial Sale | 1/15 | K | E | |
| 20. ORACLE CORP. COMMON STOCK | | None | K | T | | | | | |
| 21. CASH IN BROKERAGE ACCOUNTS | C | Interes&Div. | M | T | | | | | |
| 22. IRA- PIPER JAFFREY (See attachment) | | None | O | T | | | | | |
| 23. M&P CO. (REAL ESTATE PARTNERSHIP) | E | Rent | L | W | | | | | |
| 24. MACKINNON FINANCIAL SERVICES (PARTNERSHIP) | A | Interest | J | W | | | | | |
| 25. COMM. FINANCIAL LTD PARTNERSHIP (MIDCO) | A | Interest | J | T | | | | | |
| 26. ▬▬▬▬ BEACH LOTS - NETARTS, OREGON | | None | . | | Sold | 9/04 | M | F | Wiley Chandler |
| 27. UNITS OF PARTNERS, LLC | | | | | Gifted | 12/03 | J | | Children |
| 28. IRA VALUE LINE FUND | D | Dividend | M | T | | | | | |
| 29. PFIZER INC. | B | Dividend | K | T | | | | | |
| 30. CLACK. CO. OR REV. 5/15/99 | | | | | Redeemed | 6/01 | K | | |
| 31. AMERICAN EXPRESS | A | Dividend | L | T | | | | | |
| 32. AM. INT'L GROUP | A | Dividend | K | T | | | | | |
| 33. CITIGROUP | B | Dividend | K | T | | | | | |
| 34. EXXON MOBIL | B | Dividend | L | T | | | | | |
| 35. GENERAL ELECTRIC | A | Dividend | K | T | | | | | |
| 36. HOME DEPOT | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $6,001-$15,000   E = $15,001-$50,000
   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Meth d Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. MICROSOFT | | None | K | T | | | | | |
| 38. WELLS FARGO | A | Dividend | L | T | | | | | |
| 39. CHARLES SCHWAB | A | Dividend | K | T | | | | | |
| 40. WALT DISNEY CO. | A | Dividend | K | T | | | | | |
| 41. SBC COMM. | A | Dividend | K | T | | | | | |
| 42. UNITED PARCEL | B | Dividend | L | T | | | | | |
| 43. MIDCAP SPDR | B | Dividend | M | T | | | | | |
| 44. SECTOR SPDRCYA | A | Dividend | L | T | | | | | |
| 45. ISHARES TR | D | Dividend | O | T | Part. Gift | 12/20 | M | | ▆▆▆▆ Trust |
| 46. BRISTOL MYER SQUIBB | B | Dividend | K | T | | | | | |
| 47. FIDELITY ADV. SER II SHORT FXD INC. | B | Dividend | M | T | BUY | 3/7 | M | | |
| 48. PIMCO FUNDS LOW DURATION FD CLC | C | Dividend | L | T | | | | | |
| 49. AMERICAN HIGH INC. | C | Dividend | L | T | SOLD | 4/04 | L | D | |
| 50. LIBERTY MEDIA | | | | | SOLD | 9/15 | K | | |
| 51. SECTOR SPDR TR. TECH | A | Dividend | M | T | | | | | |
| 52. FIDELITY ADV FUND "Combine with #47, same Fund" | | | | | | | | | |
| 53. RYDEX SER FUND | | | L | T | | | | | |
| 54. COLUMBIA BANCORP | A | Dividend | K | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,001-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KING, GARR M | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. CASCADE BANCORP | A | Dividend | K | | | | | | |
| 56. LOAN TO MCKINNON TOOL (Partially paid, balance written off) | | None | | | LOAN | 9/23 | K | | MacKinnon Tool Co. |
| 57. BPPLC Spons. ADR | B | Dividend | K | T | BUY | 9/15 | K | | |
| 58. MEDTRONIC | A | Dividend | K | T | BUY | 9/15 | K | | |
| 59. FIRST DATA CORP | | None | K | T | BUY | 1/15 | K | | |
| 60. INTERMEDIATE BOND FUND AMER | B | Dividend | L | T | BUY | 4/23 | L | | |
| 61. SPECTOR SPDR TR INTL. HEALTH | B | Dividend | M | T | BUY | 3/9 | M | | |
| 62. SPECTOR SPDR ENERGY | B | Dividend | L | T | BUY | 3/9 | L | | |
| 63. WILEY CHANDLER NOTE | B | Interest | F | U | LOAN | 8/6 | F | | |
| 64. TRI COUNTY METTR | B | Interest | K | T | BUY | * | K | | |
| 65. WEST BANK P.R.C.O. | B | Interest | L | T | BUY | 9/15 | L | | |
| 66. SALEM OR. W&S REV | B | Interest | L | T | BUY | * | K | | |
| 67. ADVANTA BANK C.D. | C | Interest | L | T | BUY | 9/15 | L | | |
| 68. PORT. ORE. SEWER SYS. | B | Interest | L | T | BUY | * | K | | |
| 69. SALEM OR. WATER REV. | B | Interest | L | T | BUY | * | K | | |
| 70. PORT. OR WATER SYS. | B | Interest | K | T | BUY | * | K | | |
| 71. CLACK. CTY. OR. HOSP. | B | Interest | K | T | BUY | * | K | | |
| 72. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

* These bonds were purchased at various times to replace redeemed bonds in ▮▮▮▮ brokerage account. I don't have the dates readily available.

| Additional Information in #22 IRA - Piper Jaffrey Account Schedule of Assets in IRA: | Type None | Value Code O | Value Method T | Type | Day | Value | Gain |
|---|---|---|---|---|---|---|---|
| Europacific Fund | | | | | | | |
| First Amer Gr. Fund | | | | | | | |
| Invesco Dynamics FD | | | | Sold | 1/04 | K | A |
| Mutual Ser FD | | | | Sold | 7/04 | K | A |
| State St Resh FD | | | | | | | |
| Templeton For FD | | | | | | | |
| Federal Equity FD | | | | | | | |
| Scudder Advisor FD | | | | Sold | 10/04 | J | |
| Bonds | | | | | | | |
| Money Market Fund | | | | | | | |
| Dodge & Cox Stock Fund | | | | Buy | 1/04 | L | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date ___4/26/05___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544